James E. MALADY, Jr., Movant-Appellant,

v.

STATE of Missouri, Respondent.

No. 13521.

Missouri Court of Appeals, Southern District, Division Three.

Oct. 31, 1984.

Motion for Rehearing or to Transfer to Supreme Court Denied Nov. 20, 1984.

Application to Transfer Denied Dec. 18, 1984.

David E. Woods, Regional Public Defender, Poplar Bluff, for movant-appellant.

John D. Ashcroft, Atty. Gen., John J. Oldenburg, Jr., Asst. Atty. Gen., Jefferson City, for respondent.

PER CURIAM:

This is an appeal by movant from denial of his second Rule 27.26, V.A.M.R., motion to vacate his conviction and sentence imposed pursuant to his plea of guilty to robbery in the first degree in violation of § 569.020 RSMo 1978. As no jurisprudential purpose would be served by a written opinion, the judgment is affirmed, Rule 84.16(b), V.A.M.R., and movant's request for oral argument is stricken and denied.

All concur.